■ HAROLD GRUBERT et al., Respondents, v JULIUS RITTER, Appellant. (And a Third-Party Action.) — Appeal from an order of the Supreme Court, Nassau County (Morrison, J.), dated June 28, 1983, dismissed. Said order was superseded by an order of the same court dated September 14, 1983, which was entered upon reargument.

Order dated September 14, 1983, affirmed insofar as reviewed (see *Bossuk v Steinberg,* 58 NY2d 916; *Nassau Ins. Co. v Murray,* 46 NY2d 828).

Plaintiffs are awarded one bill of costs. Boyers, J. P., Rubin, Lawrence and Eiber, JJ., concur.